IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MATTHEW ANDREW GARCES, §
§
    *Plaintiff,* §
§
v. §
§
Nick Doe (Store Manager/Owner), §
Metro by T-Mobile Corporate §
Entity, and Metro by T-Mobile §
LLC, §
§
    *Defendants.* §

Case No: SA25CA0578 FB

## COMPLAINT FOR CIVIL RIGHTS VIOLATIONS, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, DEFAMATION, INVASION OF PRIVACY, AND AMERICANS WITH DISABILITIES ACT VIOLATIONS

    In this action, Plaintiff alleges that Defendant, Nick, Metro PCS Store Manager/Owner, by committing a verbal assault against a disabled registered nurse diagnosed with PTSD in May of 2020, in violation with claims arising under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq. has caused severe emotional distress and gross violation of rights.

## JURISDICTION AND VENUE

1. Jurisdiction is proper under 28 U.S.C. § 1332 (diversity) and federal question (Americans with Disabilities Act of 1990 claims).

2. Venue is proper under 28 U.S.C. § 1391(b) as the events occurred in San Antonio, Texas.

## PARTIES

3. Plaintiff, <u>Matthew Andrew Garces</u>, is a resident of San Antonio, Texas, and a customer of Metro PCS by T-Mobile.

4. Defendant, <u>Nick Doe</u>, is the manager and/or owner of the Metro by T-Mobile store located at 12035 Perrin Beitel Rd, San Antonio, TX 78217, and acted within the scope of employment during the incident.

5. Defendant Metro by T-Mobile Corporate Entity is a Washington-based corporation conducting business in Texas, headquartered at 12920 SE 38th Street, Bellevue, WA 98006.

## FACTUAL ALLEGATIONS

6. On May 24, 2025, Plaintiff purchased a WiFi modem from Defendant's store, despite already owning one purchased a couple of years ago.

7. On May 26, 2025, Plaintiff attempted to return the modem due to its malfunctioning at Plaintiff's apartment, prompting Defendant Nick Doe to:

- Scream in Plaintiff's face, calling him a "broke bitch" and accusing him of "living off his taxpayer dollars."

- Falsely claimed Plaintiff "smelled of urine" and that his service animal smelled of urine as well. He also made a false accusation stating Plaintiff's PTSD Service dog urinated in the store.

- Threatened to call 911 and have charges pressed against Plaintiff without justification.

- Follow Plaintiff to his vehicle, photographed his license plate, and escalated harassment.

8. Plaintiff's service animal was present and properly identified; no misconduct occurred.

9. On May 26, 2025, at 3:07 PM CST, Plaintiff filed a police report (SAPD-2025-0729393) and requested store footage to validate his claims.

10. Metro by T-Mobile supervisor "Rahcil" (ID 500789) refused to disclose the two female store witnesses' names, or owner details, hindering redress.

## **CAUSES OF ACTION**

### **COUNT I: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

11. Defendant's conduct was extreme, outrageous, and intended to cause severe emotional distress.

12. Plaintiff suffered distress, humiliation, and anxiety requiring medical attention due to his Blood Pressure: 115/97 mmHg (left arm, seated) and a heart rate of 115 beats per minute one full hour after the verbal assault. Note: Systolic (115) is within normal range; diastolic (97) is elevated (normal diastolic: <80 mmHg). Heart Rate: 115 bpm (tachycardia; normal resting rate: 60–100 bpm). Context: Readings were taken after driving home. These diagnostic results attribute to a panic attack triggered by an interaction with the Metro PCS store manager. Medical Evaluation: Elevated diastolic pressure and tachycardia can align with acute stress or panic attacks.

### **COUNT II: DEFAMATION**

13. False accusations (e.g., smelling of urine, animal misconduct) were communicated to witnesses, one identified herself as "Z", harming Plaintiff's reputation.

## COUNT III: INVASION OF PRIVACY

14. Defendant unlawfully photographed Plaintiff's license plate, violating reasonable expectation of privacy.

## COUNT IV: ADA VIOLATIONS

15. Harassment related to Plaintiff's service animal constitutes discrimination under 42 U.S.C. § 12182.

## PRAYER FOR RELIEF

16. The plaintiff respectfully requests that this Court:

    (a) Enter judgment in favor of the Plaintiff and against the Defendant for damages in the amount of $50,000.00 for compensatory damages for emotional distress and reputational harm.

    (b) Issue a declaratory judgment that the defendant engaged in illegal willful misconduct and award punitive damages in the amount of $100,000.00.

    (c) Injunctive relief mandating ADA training, policy changes, and compliance.

(d) Subpoena for store footage (SAPD-2025-0729393) and witnesses' identities.

(e) Award the plaintiff costs and such other relief as the Court deems just and fair.

## JURY DEMAND

17. Plaintiff demands a trial by jury on all issues so triable.

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on this 26th day of May, 2025.

_signature: Matthew Garces_   Date: 05/26/2025

*Pro Se Litigant* Signature

MATTHEW ANDREW GARCES
5150 BROADWAY ST., PMB 476
SAN ANTONIO, TEXAS 78209-5710
PHONE NUMBER: (210)842-0003
EMAIL: DRUMMAJORMAC@GMAIL.COM

Metro PCS
DBA Name Cont Header 2
1035 PERRIN BEITEL RD
SAN ANTONIO TX 78217
210-646-0485

## SALE

MID: 579931
TID: 002          REF#: 00000005
DID: 0001
Batch #: 000660
05/24/2.          19:34:24
APPR CODE: 013447
VISA                         Chip
******  ***0374             **/**

SALE AMT          $187.00

APPROVED          $82.10
AMOUNT DUE        $104.90

AVAIL BAL         $0.00

PARTIAL APPROVAL

VISA DEBIT
AID: A 1000000031010
TVR: 00 80 00 80 00
IAD: 06 021203A02000
TSI: 68 00
ARC: 00

Thank You
Please Come Again

CUSTOMER COPY

